PEOPLE, Respondent, v MICHAEL RANDALL, Appellant. [654 NYS2d 702] —Motion for production of voir dire minutes denied. Memorandum: Appellant's motion to produce voir dire minutes must be denied because jury selection was not recorded. Present—Pine, J. P., Lawton, Balio, Boehm and Fallon, JJ.

 PEOPLE v THEODORE FREEMAN, Defendant. [653 NYS2d 739] —Motion for extension of time to take appeal denied. Memorandum: An appeal from a judicial determination of a sex offender's risk level is not authorized by the CPL, Correction Law or CPLR. Present—Pine, J. P., Lawton, Balio, Boehm and Fallon, JJ.